# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GAMIL YOUSSEF,<br><br>        Plaintiff,<br><br>    v.<br><br>PENNY PRITZKER, et al.,<br><br>        Defendants. | No. CV 14-3629-PLA<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 21, 2015

                                          /s/ Paul L. Abrams
                                        PAUL L. ABRAMS
                                UNITED STATES MAGISTRATE JUDGE